WILBORN LAW OFFICE, P.C.
TIM WILBORN — OSB # 944644
twilborn@mindspring.com
P.O. Box 370578
Las Vegas, NV 89137
Voice: (702) 240-0184
Fax: (503) 632-1198
   Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**TIMOTHY BARNHART,**                                  Case No. 3:11-cv-1123-AC

         Plaintiff,

vs.                                                            ORDER

**COMMISSIONER of Social Security,**

         Defendant.

_____

         Attorney fees in the amount of $4,032.59 are hereby awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $350.00 are awarded pursuant to 28 U.S.C. § 1920.  Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Attorney Tim Wilborn's address: P.O. Box 370578, Las Vegas, NV 89137.  If no debt subject to offset exists, payment shall be made in Tim Wilborn's name.

         DATED this 27th day of November, 2012.

                                        _____
                                        United States District/Magistrate Judge

Submitted on November 28, 2012 by:

s/ Tim Wilborn, OSB # 944644
(702) 240-0184
   Attorney for Plaintiff

ORDER - Page 1